FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0262

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0262

IN RE THE MARRIAGE OF:

DEVON E. MILLER,

Petitioner and Appellee,

and

BRIAN T. MILLER,

Respondent and Appellant.

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Brian T. Miller (Brian), via counsel, moves pursuant to M. R. App. P. 22(2)(a) for relief from an Order of the Sixteenth Judicial District Court, Custer County, denying his motion to stay the April 27, 2021 Findings of Fact, Conclusions of Law, and Final Decree of Dissolution of Marriage (Decree) entered by the District Court in Cause No. DR-2019-95, until this Court resolves the present appeal. Brian alleges that if the judgment is not stayed until this appeal is resolved, the children who are subject to the incorporated parenting plan will be irreparably harmed because their lives will be uprooted. Appellee Devon E. Miller (Devon) objects to Brian's motion for stay, arguing this Court should allow the District Court's denial of stay to stand.

At issue is the Parenting Plan that the District Court approved and adopted in the Decree. During their marriage, Brian and Devon resided in Miles City and raised the children there. After the couple separated, Devon expressed an intention to move to Palmyra, Virginia. The Parenting Plan in this case calls for the children to spend their school years residing with Devon in Palmyra and to spend their summer vacations in Miles City with Brian.

After the 2020-21 school year ended, Devon moved to Palmyra while the children remained with Brian in Miles City for summer vacation. Brian now seeks a stay so that

the children will remain with him and attend school in Miles City until his appeal is decided. He argues that, should he prevail on appeal, the children's lives will be less disrupted if they begin the school year in Miles City than if they move to a new place and attend a new school.

Devon responds that the District Court correctly considered the best interests of the children as well as Brian's arguments. She points out that if the children begin the school year in Miles City and Brian does not prevail on appeal, the children's lives will be equally if not more disrupted by transferring to a new school in the middle of the school year.

M. R. App. P. 22(2)(a) provides that a motion for relief under this Rule must, among other factors, demonstrate good cause for the relief requested. M. R. App. P. 22(3) allows this Court, in the interests of justice, to grant, modify, or deny the relief requested. We have considered Brian's arguments and reviewed the District Court's Order Denying Stay Pending Appeal, which demonstrates that the court carefully weighed the evidence and arguments before denying Brian's motion. We are not convinced that the interests of justice require overturning the decision of the District Court, nor has Brian demonstrated good cause to do so.

Therefore,

IT IS ORDERED that the M. R. App. P. 22(2)(a) motion of Appellant Brian T. Miller for relief from the District Court's order is DENIED.

The Clerk is directed to provide copies of this order to all counsel of record.

DATED this 27 day of July, 2021.

_____
Chief Justice

_____

_____

2

_____

_____
Justices